FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**
**CIVIL ACTION NO. _____**

**WHITNEY PATE**                                                                **PLAINTIFF**

v.                                    **NOTICE OF REMOVAL**

**CITY OF GEORGETOWN, KENTUCKY et al.**                    **DEFENDANTS**

**\*\*\*\*\*\*\*\*\*\*\*\*\***

Come now the Defendants City of Georgetown, Kentucky, and Georgetown Police Department, by and through counsel, and hereby remove this action from the Scott Circuit Court, Scott County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Central Division at Frankfort, pursuant to 28 U.S.C.§ 1331, 28 U.S.C.§ 1441, 28 U.S.C.§ 1446. In support of this removal, Defendant states as follows:

1.      Plaintiff Whitney Pate filed this civil action in the Scott Circuit Court, which is within the district and division of this Court, to recover damages and alleging, among other things, that Defendants herein were acting under the color of state law for the purposes of 28 U.S.C. § 1983 and further that Defendants herein acted in violation of his rights under the Fourth and Fourteenth Amendments of the United States Constitution, constituting a violation of 28 U.S.C. § 1983. Plaintiff further alleges that all allegations contained in his Complaint occurred in Scott County, Kentucky (*See* Complaint, attached hereto as Exhibit A). Plaintiff commenced this action on November 1, 2023, Civil Action No. 23-CI-797, and the earliest date of service of process effectuated on any Defendant was November 6, 2023 (*See* Kentucky Court of Justice record, attached hereto as Exhibit B).

2.      28 U.S.C. § 1441(b) states that, "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

3.      28 U.S.C. § 1331 provides the district court with original jurisdiction of civil actions "arising under the Constitution, laws, or treaties of the United States."

4.      Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because it is a civil action wherein the Plaintiff alleges that his action arises under the laws of the United States 42 U.S.C. § 1983.

5.      In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendants in this action are filed together with this Notice of Removal.

6.      The Defendants expressly reserve their right to raise all defenses and objections in this action after the action is removed to this Court pursuant to Fed.R.Civ.P. 81(c), so that they have "(A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed" to responsively plead or otherwise plead to the Complaint.

5.      Undersigned counsel has conferred with counsel for Defendant Officer Aaron Moss, in his individual and official capacity, by counsel, and Defendant Moss has consented to the removal of this case to this Court under 28 U.S.C. § 1446(b)(2)(A).

7.      This Notice is filed with the Court within thirty (30) days after service of the Summons and Complaint on the Defendants in the above-entitled action as required by law.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

Respectfully submitted,

STURGILL, TURNER, BARKER & MOLONEY, PLLC

/s/ *Charles D. Cole*
CHARLES D. COLE (KBA# 86977)
WILLIAM D. RAZOR (KBA #99607)
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507
(859) 255-8581
ccole@sturgillturner.com
wrazor@sturgillturner.com
ATTORNEYS FOR DEFENDANTS
CITY OF GEORGETOWN, KENTUCKY, AND
GEORGETOWN POLICE DEPARTMENT

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true copy of the foregoing has been mailed and emailed this November 15, 2023, on the following:

James O'Toole                                          jotoole@soblawfirm.com
Smith, O'Toole & Brooke
3080 Harrodsburg Rd., Suite 101
Lexington, KY 40503

Vincent Morris                                         vmorris@soblawfirm.com
Smith, O'Toole & Brooke
3080 Harrodsburg Rd., Suite 101
Lexington, KY 40503
ATTORNEYS FOR PLAINTIFF

Erica Mack                                             emack@wgmfirm.com
Walther, Mack & Gay
163 East Main Street, Suite 200
Lexington, KY 40507
ATTORNEY FOR DEFENDANT
AARON MOSS, in his individual and
official capacity

/s/ *Charles D. Cole*
Charles D. Cole
ATTORNEY FOR DEFENDANTS
CITY OF GEORGETOWN, KENTUCKY, AND
GEORGETOWN POLICE DEPARTMENT

4881-2786-5489, v. 1